# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2011

143432 & (44)

CHARLES MORRIS,
        Plaintiff-Appellant,

v

BLUE CROSS BLUE SHIELD OF MICHIGAN,
        Defendant-Appellee,

and

AAA OF MICHIGAN,
        Defendant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143432
COA: 296343
Wayne CC: 08-121147-CK

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the April 21, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2011

_____
Clerk

h1116